

RECEIVED
FILED

2022 AUG 15 PM 3:58

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**United States District Court**

**for the**

**Middle District of Florida**

**Orlando Division**

Case No. 6:22CV-1451- PGB-DCI

**Lawrence W. Konieczko, P.E. and**

**Laurie F. Konieczko**

v.

**Orange County Govt., Orlando, FL, et al.**

**Presented by**

**Lawrence W. Konieczko, P.E. and Laurie F. Konieczko**

**PO Box 540542, Orlando FL  32854**

## PARTIES

**Plaintiffs:**

    **Plaintiff Lawrence W. Konieczko, P.E., PO Box 540542, Orlando, FL 32854,**

**County - Orange**

    **Plaintiff Laurie F. Konieczko, PO Box 540542, Orlando, FL 32854**

**County - Orange**

**Defendants:**

**(It is expected that more defendants shall be added, especially pursuant to current/pending investigations. All DOE defendants and individuals listed are sued in their official capacity and individually.)**

    **Orange County Govt., Rosalind Ave., Orlando, FL**

    **Orange County firemen, Orlando FL:**

        **DOE defendant fireman #1, who would not at all try to rescue animals and would not let us go into our own house after the fire was out.**

        **DOE defendant fireman #2, who did absolutely nothing at all about a very suspicious-acting person who was obviously one of the arsonists, but instead defended the arsonist and threatened to call the cops on us if we did not stay away from our own house, which was no longer at all on fire.**

**Orange County Sheriff Deputies and so-called paramedic, Orlando, FL:**

    **DOE defendant deputy #1**

    **DOE defendant deputy #2**

    **DOE defendant deputy #3**

    **DOE defendant so-called paramedic**

**5 DCA judges contained in Exhibit 154**

**Robert LeBlanc, judge, Ninth Judicial Circuit, Orange County, Orlando, FL**

**DOE defendant bailiff, Ninth Judicial Circuit, Orange County, Orlando, FL**

## BASIS FOR JURISDICTION

**Federal question:   42 USC 1983 - Egregious government misconduct violating civil rights and Constitutional rights, including, but not limited to, the First Amendment, Fourth Amendment, and Fourteenth Amendment.**

**Plaintiffs demand trial by jury.**

**The amount of applicable damages is within the jurisdiction of this court, with the amount being ONE HUNDRED BILLION DOLLARS.**

## STATEMENT OF CLAIMS

**We bring this action for the honor of our Lord and Savior Jesus Christ and for the honor of all of our very precious and beloved family members who suffered because of evil, hellbound criminals. Pursuant to 42 USC 1983, the Constitution of the United States, especially the First, Fourth, and Fourteenth Amendments, and all other applicable laws and statutes, for the protection of the plaintiffs civil rights, Constitutional rights, and all other rights, Plaintiffs Lawrence W. Konieczko, P.E. and Laurie F. Konieczko bring this action, also with causes of action for fraud, intentional infliction of emotional distress, defamation, tortious interference with business relationships, and conspiracies to these, with violations of attempted murder, arson, destruction of property, theft, police brutality, invasion of privacy, and other applicable violations.**

**For many years, Orange County Government has failed to protect our family and has been in conspiracy with a very evil crime ring in Orlando. Evil, murderous arsonists set our house on fire while our family was inside the house, the firemen came and stood down until Lawrence threatened to sue them if they did not put the fire out. It was very clear that the most important issue was to take every action possible to save the lives of the animals. A fireman told Lawrence and Laurie where to wait for him to start bringing animals out to administer oxygen. In the past, Laurie had been with firemen at times when oxygen had been administered to an**

animal.  The mask must be held on the face of the animal, while the animal is on his/her side, lying comfortably.  Orange County sheriff's deputies viciously aborted our rescue operation, committed horrific acts of police brutality, and not one single animal was ever brought out of the house and given oxygen.  Also, the deputies and firemen were vicious and tyrannical about not only keeping Lawrence and Laurie out of the house, even for hours after there was no more fire, but they also kept Lawrence and Laurie far away from the house so the evil criminals could be in the house stealing and destroying.

There are current/pending investigations pertinent to every matter of concern contained in these documents, which include many attachments.  Therefore, as necessary we will need to amend these documents.

## RELIEF

The evil criminal arsonists that set our house on fire on October 26, 2019, were trying to murder our entire family.  Every single one of the lives of the very precious, priceless, irreplaceable kitties in that house is worth more than all of the money in the world.

There must be all damages awarded that are applicable, including punitive damages because the evildoers in this crime ring are dangerous to other innocent people and animals and they must be deterred, especially with how they have been laughing, cackling, and mocking in a murderous, hideous, malicious, evil manner and continuing to vandalize our property.  This destructive vandalism of the house, property, and vehicle has been going on for more than twelve years, of the more than thirty-three years that this property has been our residence, with it being very apparent that we do not have any honest, decent law enforcement in this area, but, instead it is apparent that they are in conspiracy with the criminals.  A 911 operator would not give her name, and no deputy came out, after Laurie called about suspicious females who appeared to have part in the crime.

The firemen stood down until Lawrence threatened to sue them if they did not put the fire out.  It was clear that it was of ultimate importance that they save the lives of the animals, yet not one animal was brought out and given oxygen, even though during the long, long time that the firemen were at the house, and

tyrannically would not let us in the house, more than two thousand dollars in cash was stolen, a convection oven was taken out of its box and smashed in, cupboards were smashed off the wall of the kitchen, boxes of recyclable cans were thrown all over, and legal documents and evidence pertaining to our dealings with Code Enforcement, unethical judges, and our case at SCOTUS were stolen, that is why those that are suspect are included in this case.

We will have to buy and own our own firetrucks and our own animal oxygen kits, and build a fireproof, vandalproof fence.

Orange County should pay us for this house and have all property taxes waived permanently.  There are so many very evil, malicious criminals that live in this neighborhood, that no good, decent people would want to buy this property. Someone associated with the crime ring expressed great interest in this house on the day of the fire.  That was very shocking that this crime ring thinks that they can set a house on fire, and then think that they can buy it.  The only place that these murderous arsonists should be living is in prison, on death row.

Monetary damages sought are ONE HUNDRED BILLION DOLLARS.

In accordance with Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,  and belief that this complaint:

    (1)  is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

    (2)  is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law;

    (3)  the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

    (4)  the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _Oct. 1, 2021_

_Lawrence W. Konieczko_                    _Laurie F. Konieczko_

Lawrence W. Konieczko, P.E., Plaintiff          Laurie F. Konieczko, Plaintiff