FILED

United States District Court

for the Middle District of Florida

Orlando Division

2023 MAR -7 PM 4:50

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

Case No. 6:22-cv-1451

Lawrence W. Konieczko, P.E. and

Laurie F. Konieczko

v.

Orange County Govt., Orlando, FL, et al.

DIRECTIONS TO THE CLERK TO ENTER DEFAULT JUDGMENT FOR DEFENDANT ORANGE COUNTY, FLORIDA, AKA ORANGE COUNTY GOVERNMENT, FLORIDA, AKA ORANGE COUNTY GOVT., FLORIDA, AKA ORANGE COUNTY GOVT, AKA ORANGE COUNTY GOVT., ORLANDO, FL

Pursuant to the Constitution of the United States, the Federal Rules of Civil Procedure, and other applicable rules, laws, and statutes, for the protection of our Constitutional rights, civil rights, and other rights, Plaintiffs Lawrence W. Konieczko and Laurie F. Konieczko hereby file DIRECTIONS TO THE CLERK TO ENTER DEFAULT JUDGMENT FOR DEFENDANT ORANGE COUNTY, FLORIDA, AKA ORANGE COUNTY GOVERNMENT, FLORIDA, AKA ORANGE COUNTY GOVT., FLORIDA, AKA ORANGE

COUNTY GOVT., and AKA ORANGE GOVT., ORLANDO, FL, with the judgment being for the amount of $100 BILLION (one-hundred billion dollars.)

We hereby attach our document and exhibits filed with this court on Feb. 14, 2023, and incorporate it herein by reference.

Attached is Exhibit 1010, showing the consideration paid, entitled RECEIPT FOR SERVICE OF PROCESS.

Attached are Exhibits 1011A, B, & C, showing DOCUMENTS FROM THE STATE OF FLORIDA pertinent to this defendant.

Notice of this lawsuit was given to the defendant on Jan. 17, 2023.

There has been no response from the defendant. The defendant is in default.

There are current/pending investigations regarding any bribery and/or bullying regarding this situation.

Pursuant to our documents filed, default judgement must be entered for this defendant for 100 BILLION DOLLARS.

In accordance with Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this:

(1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3-6-23

*Lawrence W. Konieczko*
Lawrence W. Konieczko, P.E., Plaintiff
PO Box 540542, Orlando, FL 32854

*Laurie F. Konieczko*
Laurie F. Konieczko, Plaintiff
PO Box 540542, Orlando, FL 32854

3